# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1902

_____

Gregory A. Schueler,                    *
                                        *
              Petitioner,               *
                                        *    Appeal from the
       v.                               *    United States Tax Court.
                                        *
Commissioner of Internal Revenue,       *    [UNPUBLISHED]
                                        *
              Respondent.               *

_____

Submitted: February 4, 2008
Filed: February 7, 2008

_____

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Gregory Schueler appeals the tax court's[1] adverse grant of summary judgment. Having carefully reviewed the record and considered the arguments advanced by Schueler on appeal, we conclude that summary judgment was proper. Accordingly, we affirm for the reasons set forth in the tax court's well-reasoned opinion. See 8th Cir. R. 47B.

_____

[1]The Honorable Diane L. Kroupa, United States Tax Court Judge.